IN THE UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DHL EXPRESS (USA), INC.,** | : | |
| | : | |
| Plaintiff, | : | **Case No. 2:05cv1422** |
| | : | |
| v. | : | **Judge Cercone** |
| | : | **Magistrate Judge Lenihan** |
| **GENERAL TEAMSTERS, CHAUFFEURS** | : | |
| **and HELPERS LOCAL UNION NO. 249, a/w** | : | **Electronic filing** |
| **THE INTERNATIONAL BROTHERHOOD** | : | |
| **OF TEAMSTERS and INTERNATIONAL** | : | |
| **BROTHERHOOD OF TEAMSTERS,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 23 day of March, 2006, upon consideration of the joint motion to stay proceedings filed by Plaintiff DHL EXPRESS (USA) INC. ("DHL") and Defendants General Teamsters, Chauffeurs and Helpers Local Union No. 249, a/w the International Brotherhood of Teamsters ("Local 249") and International Brotherhood of Teamsters ("IBT"), IT IS HEREBY ORDERED that:

1. The joint motion to stay proceedings is GRANTED;

2. This action is hereby STAYED for a period of THIRTY (30) DAYS beginning on the date of this Order;

3. DHL's pending Motion for Default Judgment against Local 249 (Doc. 13) has been WITHDRAWN without prejudice to DHL's right to re-file a Motion for Default Judgment against Local 249 at any time within eleven (11) days after the expiration of the stay;

4. Local 249's pending Motion to Set Aside Default (Doc. 19) has been WITHDRAWN without prejudice to Local 249's right to re-file a Motion to Set Aside Default at any time within eleven (11) days after the expiration of the stay;

5. DHL is not required to file a responsive pleading to Local 249's Counterclaim (Doc. 17) until eleven (11) days after the expiration of the stay;

6. The parties may file a stipulation of dismissal at any time during the stay;

7. If the parties wish to extend the stay beyond thirty (30) days they should ~~contact chambers by telephone before the expiration of the stay.~~ file an appropriate motion.

SO ORDERED.

_____
LISA PUPO LENIHAN
UNITED STATES MAGISTRATE JUDGE